FILED

JUL 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          VWWK          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR1056-LAB |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| GABRIEL JOVANNI VALENCIA | ) | ROBERT REXRODE, Fed Def, Inc. |
| | ) | Defendant's Attorney |

REGISTRATION NO. ___03410298___

VIOLATION: 18 USC 111(a) - Assault on a Federal Officer (Misdemeanor)

x  Defendant pleaded guilty to count ONE (1) of the One-Count Superseding Information
x  Count(s) _Indictment_ dismissed on the government's oral motion.

## JUDGMENT
x  Defendant is adjudged guilty on count ONE (1) OF THE ONE-COUNT SUPERSEDING INFORMATION

x  SUPERVISED Probation for a term of FIVE (5) YEARS.
on the following conditions:
x  obey all laws, Federal, State and Municipal
x  comply with all lawful rules and regulations of the probation department
x  report to a probation officer
x  enroll in an anger management or domestic violence course approved by probation officer
x  permit probation officer to visit defendant at his home or elsewhere as specified by Court
x  answer inquires by probation officer and notify probation officer promptly of any change in address or employment
x  notify the probation officer promply if arrested or question by a law enforcement officer

x  not harass, attack, strike, threaten, assault, batter, stalk, destroy any personal property of, or disturb the peace
   of DENICE FELIX-GAONA
x  Penalty assessment of $ 25.00, payable forthwith
x  Fine waived          ___ Fine of $
        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of
name,residence,or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 26, 2007
Date of Imposition of Sentence

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
Entered on: